**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Steven Mungari

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MUNGARI,<br><br>         Plaintiff,<br><br>    vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SOLUTIONS, LLC,<br><br>         Defendants. | Case No.: 8:22-cv-00101-CJC-DFM<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC ONLY** |

//
//
//
//
//

- 1 -
NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS:**

PLEASE TAKE NOTICE that Plaintiff Steven Mungari ("Plaintiff") and Defendant Trans Union, LLC have agreed upon a settlement as to Plaintiff's claims against Defendant Trans Union, LLC only.

The parties anticipate that they will memorialize and execute their settlement agreement and will a dismissal of Plaintiff's claims against Defendant Trans Union, LLC will be forthcoming within forty-five (45) days from the date of this notice. Accordingly, Plaintiff respectfully requests that the Order to Show Cause re: Partial Dismissal for Lack of Prosecution (ECF No. 24) any deadlines pertaining to Defendant Trans Union, LLC be vacated in light of the parties' settlement. Plaintiff respectfully requests that the Court otherwise retain jurisdiction in the interim until a dismissal is entered as to Defendant Trans Union, LLC.

Dated: March 10, 2022　　　　　　　　Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: _s/ Mona Amini_
　　David J. McGlothlin, Esq.
　　Mona Amini, Esq.
　　*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On March 10, 2022 I served the within document(s):

**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 10, 2022 at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.